IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18CR243 |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JERMAL L. BROWN and MAXWELL J. PODGORSKI | |
| Defendant. | |

This matter is before the court on Defendant Podgorski's Unopposed Motion to Continue Trial [45]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED** that the Defendant Podgorski's Unopposed Motion to Continue Trial [45] is granted as follows:

1. The jury trial, **as to both defendants,** now set for June 4, 2019, is continued to **July 9, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 9, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 6th day of May 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge