IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MAXWELL J. PODGORSKI and JERMAL BROWN<br><br>　　　　　　Defendant. | **8:18CR243**<br><br>**AMENDED ORDER** |

This matter is before the court on Defendant Brown's Unopposed Motion to Continue Trial [48]. Counsel informs the court that the defendant is participating in inpatient treatment and requests additional time to review and research the material and confer with the defendant. For good cause shown,

**IT IS ORDERED** that the Defendant Brown's Unopposed Motion to Continue Trial [48] is granted as follows:

1. The jury trial, **as to both** defendants, now set for July 9, 2019, is continued to **September 10, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 10, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 19th day of June 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge