IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:18-CR-243 |
| Plaintiff, | |
| vs. | ORDER |
| MAXWELL PODGORSKI | |
| Defendant. | |

This matter is before the Court on Defendant's Unopposed Motion to Extend Self-Surrender Date and his request for placement at a specific facility. [Filing 86](#).

IT IS ORDERED:

1. Defendant Maxwell Podgorski's Motion to Extend Self-Surrender Date, [Filing 86](#), is granted;

2. Defendant shall report to the institution designated by the United States Bureau of Prisons at 2:00 p.m. on June 10, 2020;

3. The Court will recommend to the Bureau of Prisons Defendant be housed at the Federal Prison Camp in Duluth, Minnesota, or at a facility as close to Cedar Rapids, Iowa, as practicable;

4. An amended Judgment in a Criminal Case is forthcoming; and

5. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 17th day of January, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge