IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MAXWELL J. PODGORSKI,<br><br>      Defendant. | 8:18-CR-243<br><br>ORDER |

  This matter is before the Court on Defendant's Second Unopposed Motion to Extend Self-Surrender Date. Filing 97.

IT IS ORDERED:

1. Defendant's Second Unopposed Motion to Extend Self-Surrender Date, Filing 97, is granted;

2. Defendant shall report to the institution designated by the United States Bureau of Prisons at 2:00 p.m. on August 10, 2020;

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 22nd day of April, 2020.

                 BY THE COURT:

                 _____

                 Brian C. Buescher
                 United States District Judge